UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAAL JOHNATHAN BOMBER,<br><br>Defendant. | CR13-187 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Clerk is directed to send a copy of General Order No. 03-19 to defendant Jamaal Bomber.

(2) The Clerk is further directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of July, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1